# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 21-5203**  **September Term, 2022**
FILED ON: AUGUST 29, 2023

VALANCOURT BOOKS, LLC,
    APPELLANT

v.

MERRICK B. GARLAND, ATTORNEY GENERAL AND SHIRA PERLMUTTER, IN HER OFFICIAL CAPACITY AS THE REGISTER OF COPYRIGHTS OF THE U.S. COPYRIGHT OFFICE,
    APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:18-cv-01922)

Before: SRINIVASAN, *Chief Judge*, HENDERSON, *Circuit Judge*, and EDWARDS, *Senior Circuit Judge*

## **J U D G M E N T**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court be reversed and the case be remanded with instructions to grant summary judgment to Valancourt, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:    /s/

    Michael C. McGrail
    Deputy Clerk

Date: August 29, 2023

Opinion for the court filed by Chief Judge Srinivasan.