**No. 21-5203**                                                          **September Term, 2022**

1:18-cv-01922-ABJ

Filed On: August 29, 2023 [2014519]

Valancourt Books, LLC,

       Appellant

    v.

Merrick B. Garland, Attorney General and
Shira Perlmutter, in her official capacity as
the Register of Copyrights of the U.S.
Copyright Office,

       Appellees

**O R D E R**

It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

BY:   /s/
        Michael C. McGrail
        Deputy Clerk