# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 21-5203** | **September Term, 2023** |
| | **1:18-cv-01922-ABJ** |
| | **Filed On:** December 14, 2023 |

Valancourt Books, LLC,

      Appellant

    v.

Merrick B. Garland, Attorney General and
Shira Perlmutter, in her official capacity as the
Register of Copyrights of the U.S. Copyright
Office,

      Appellees


    **BEFORE:**    Srinivasan, Chief Judge; Henderson, Circuit Judge; and Edwards, Senior Circuit Judge

## O R D E R

    Upon consideration of appellees' petition for panel rehearing filed on November 13, 2023, and the response thereto, it is

    **ORDERED** that the petition be denied.

### Per Curiam

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

              BY:    /s/
                         Daniel J. Reidy
                         Deputy Clerk