# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 21-5203**  **September Term, 2023**

**1:18-cv-01922-ABJ**

**Filed On:** December 14, 2023

Valancourt Books, LLC,

    Appellant

    v.

Merrick B. Garland, Attorney General and
Shira Perlmutter, in her official capacity as the
Register of Copyrights of the U.S. Copyright
Office,

    Appellees

**BEFORE:** Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker*, Childs, Pan, and Garcia, Circuit Judges; and Edwards, Senior Circuit Judge

## O R D E R

Upon consideration of appellees' petition for rehearing en banc, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

**Per Curiam**

                **FOR THE COURT:**
                Mark J. Langer, Clerk

    BY:    /s/
                Daniel J. Reidy
                Deputy Clerk

---

\* Circuit Judge Walker did not participate in this matter.