# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 21-5203**             **September Term, 2023**

**1:18-cv-01922-ABJ**

**Filed On: December 22, 2023** [2033127]

Valancourt Books, LLC,

      Appellant

    v.

Merrick B. Garland, Attorney General and
Shira Perlmutter, in her official capacity as
the Register of Copyrights of the U.S.
Copyright Office,

      Appellees

## M A N D A T E

In accordance with the judgment of August 29, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                              **FOR THE COURT:**
                                              Mark J. Langer, Clerk

                    BY:   /s/
                             Daniel J. Reidy
                             Deputy Clerk

Link to the judgment filed August 29, 2023